### SLATON, Governor, for use, etc., *v.* FISHER *et al.*

ATKINSON, J. This was an action by a plaintiff in fi. fa. against a sheriff and the sureties on his official bond, for damages on account of the failure of the sheriff to advertise and sell certain proprety on which he had levied. According to the uncontradicted evidence, the plaintiff did not pay or tender to the sheriff in advance the money necessary to pay the cost of advertising the property for sale, as provided in the Civil Code, § 6064. There was no error, upon conclusion of the evidence offered by both sides, in directing a verdict for the defendants.

*Judgment affirmed. All the Justices concur.*

JUNE 16, 1916.

Action upon bond. Before Judge Thomas. Colquitt superior court. October 9, 1914.

*Bryan & Bryan,* for plaintiff. *Shipp & Kline,* for defendants.

---

### SHORT & COMPANY *v.* LYNCHBURG SHOE COMPANY.

ATKINSON, J. The Lynchburg Shoe Company brought suit against Short & Company for $525.40, besides interest and ten per cent. attorney's fees, on three promissory notes, and for the further sum of $8.25 and interest thereon from January 29, 1913, on an account. A verdict was directed by the court for the amount sued for. The evidence demanded the verdict for the plaintiff for the amount of the notes. As to the account the evidence was in conflict. In exercise of the power conferred on the Supreme Court in the Civil Code, § 6205, the judgment is affirmed on condition that the plaintiff shall, within thirty days from the return of the remittitur to the trial court, write off from the verdict and judgment the amount of the account. If it should fail to do so, the judgment refusing a new trial shall stand reversed.

*Judgment affirmed, on condition. All the Justices concur.*

JUNE 16, 1916.

Complaint. Before Judge Thomas. Colquitt superior court. April 6, 1915.

*W. A. Covington,* for plaintiffs in error. *T. H. Parker, R. L. J. Smith,* and *Little, Powell, Smith & Goldstein,* contra.